Philadelphia *v.* Farrell, Appellant.

264

Argued March 18, 1965. Before Ervin, P. J., Wright, Watkins, Montgomery, Jacobs, and Hoffman, JJ. (Flood, J., absent).

*Louis V. Farrell,* appellant, in propria persona, submitted a brief.

*Gerald Gornish,* Assistant City Solicitor, with him *Matthew W. Bullock, Jr.,* Deputy City Solicitor, and

265

*Edward G. Bauer, Jr.,* City Solicitor, for City of Philadelphia, appellee.

OPINION PER CURIAM, April 9, 1965:

The order of the County Court of Philadelphia is affirmed on the opinion of Judge BENJAMIN W. SCHWARTZ for the court below, reported at 35 Pa. D. & C. 2d 177.